UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T- T-,<br><br>        Plaintiff,<br><br>   v.<br><br>UR M JADDOU, et al.,<br><br>        Defendants. | Case No. 24-cv-04167-JCS<br><br>**REQUEST FOR SUPPORTING DECLARATION** |

Plaintiff in this immigration mandamus action has brought a motion to proceed under a pseudonym based on the assertion that disclosure of personal facts related to their asylum petition will be traumatic for Plaintiff and possibly place them in danger. Dkt. no. 3 ("Motion"). In general, the public's common law right of access to judicial proceedings requires that a party's identity be disclosed in federal court. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000). Under special circumstances, however, a party may be permitted to proceed under a pseudonym in federal court. *Id.* In order to determine whether Plaintiff meets the special circumstances requirement, the Court requires supporting evidence containing specific facts. Attorney argument in a motion does not constitute evidence. Accordingly, the Court requests that Plaintiff submit a sworn declaration, or other cognizable evidence, demonstrating that under the specific facts of this case, special circumstances justify permitting them to proceed under a pseudonym. Plaintiff may file any such evidence under seal following the procedure set forth in Civil Local Rule 79-5.

     **IT IS SO ORDERED.**

Dated: July 12, 2024

                                              _____
                                              JOSEPH C. SPERO
                                              United States Magistrate Judge